IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTES EXPRESS LINES<br>3901 West Broad Street<br>Richmond, Virginia 23230<br><br>      Plaintiff<br><br>  v.<br><br>HARVARD CHEMICAL RESEARCH, INC.<br>Seaford Industrial Park<br>105 Park Avenue<br>Seaford, Delaware 19973<br><br>      <u>Defendant</u> | CIVIL ACTION<br><br>NO. 1:06-cv-00131<br><br><br><br>**REQUEST FOR ENTRY**<br>**DEFAULT PURSUANT TO**<br>**RULE 55(a)**<br><br>**ELECTRONICALLY FILED** |

Plaintiff Estes Express Lines ("Estes") hereby requests that the Clerk enter a default against defendant Harvard Chemical Reseach, Inc. ("Harvard"), pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. In support of its request, Estes states the following:

New Castle was properly served by process server on March 3, 2006. A copy of the Return of Service is attached as Exhibit "A" to this Request.

As of the date of the filing of this Request, counsel has not entered their appearance on behalf of Harvard, nor has Harvard filed an answer, a motion to dismiss, a motion for summary judgment, or any other responsive pleading.

WHEREFORE, plaintiff Estes Express Lines requests the Clerk to enter a default against defendant Harvard Chemical Research, Inc. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

                Respectfully submitted,

                SILVERMAN, McDONALD & FRIEDMAN

By:   /s/: Brian E. Lutness
       Brian E. Lutness, Esquire
       DE Bar ID: 3572
       1010 North Bancroft Parkway, Suite 22
       Wilmington, DE 19805
       Telephone: (302) 888-2900
       Fax: (302) 888-2923

       E-mail: lutness@juno.com

OF COUNSEL:

Kenneth J. Grunfeld, Esquire
Chad D. Mountain, Esquire
JANSSEN & KEENAN P.C.
One Commerce Square
2005 Market Street, Suite 2050
Philadelphia, PA 19103
215-665-8888 phone
215-665-8887 fax
E-mail: kgrunfeld@janssenkeenan.com
E-mail: cmountain@janssenkeenan.com

                Attorneys for Plaintiff
                Estes Express Lines

Dated: June 15, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTES EXPRESS LINES<br>3901 West Broad Street<br>Richmond, Virginia 23230<br><br>　　　　　　　　Plaintiff<br><br>　　v.<br><br>NEW CASTLE TRUCK REPAIR AND<br>MANUFACTURING, INC.<br>1009 River Road<br>New Castle, Delaware 19720<br><br>　　　　　　　Defendant | CIVIL ACTION<br><br>NO. 1:05-cv-00670-KAJ<br><br>**REQUEST FOR ENTRY OF**<br>**DEFAULT PURSUANT TO**<br>**RULE 55(a)**<br><br>**ELECTRONICALLY FILED** |

### CERTIFICATE OF SERVICE

This is to certify that on June 16, 2006, a copy of the foregoing Request for Entry of Default Pursuant to Rule 55(a) was filed electronically.

I hereby certify that on June 16, 2006, a true and correct copy of the foregoing Request for Entry of Default Pursuant to Rule 55(a) was served by U.S. first class mail, postage prepaid, upon the following:

> Harvard Chemical Research, Inc.
> Seaford Industrial Park
> 105 Park Avenue
> Seaford, Delaware 19973

　　　　　　　　　　　By:　/s/: Brian E. Lutness
　　　　　　　　　　　　　　Brian E. Lutness, Esquire
　　　　　　　　　　　　　　DE Bari ID: 3572
　　　　　　　　　　　　　　SILVERMAN, McDONALD &
　　　　　　　　　　　　　　FRIEDMAN
　　　　　　　　　　　　　　1010 North Bancroft Parkway, Suite 22
　　　　　　　　　　　　　　Wilmington, DE 19805
　　　　　　　　　　　　　　Telephone: (302) 888-2900
　　　　　　　　　　　　　　Fax: (302) 888-2923
　　　　　　　　　　　　　　E-mail: lutness@juno.com

# EXHIBIT A

• AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Delaware

ESTES EXPRESS LINES
3901 West Broad Street
Richmond, Virginia 23230
V.

**SUMMONS IN A CIVIL CASE**

HARVARD CHEMICAL RESEARCH, INC.
Seaford Industrial Park
105 Park Avenue
Seaford, Delaware 19973

CASE NUMBER:    0 6    1 3 1 –

TO: (Name and address of Defendant)

HARVARD CHEMICAL RESEARCH, INC.
Seaford Industrial Park
105 Park Avenue
Seaford, Delaware 19973

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brian Lutness, Esquire
SILVERMAN, McDONDAL & FRIEDMAN
1010 North Bancroft Parkway, Suite 22
Wilmington, DE 19805

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO        FEB 2 8 2006

CLERK                                            DATE

(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 3/3/06 |

| NAME OF SERVER (PPJNT) | TITLE |
|---|---|
| GRANVILLE MORRIS | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: HARVARD CHEMICAL RESEARCH, INC AT 105 PARK AVE. SEAFORD, DE COPIES THEREOF WERE ACCEPTED BY TINA DENNIS

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/3/06
             Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302-475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.