AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Delaware

ESTES EXPRESS LINES
3901 West Broad Street
Richmond, Virginia 23230
V.

HARVARD CHEMICAL RESEARCH, INC.
Seaford Industrial Park
105 Park Avenue
Seaford, Delaware 19973

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    06   131 —

TO: (Name and address of Defendant)

HARVARD CHEMICAL RESEARCH, INC.
Seaford Industrial Park
105 Park Avenue
Seaford, Delaware 19973

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brian Lutness, Esquire
SILVERMAN, McDONDAL & FRIEDMAN
1010 North Bancroft Parkway, Suite 22
Wilmington, DE 19805

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO            FEB 2 8 2006

CLERK                                         DATE

(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 3/3/06 |
| NAME OF SERVER (PPJNT) GRANVILLE MORRIS | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: HARVARD CHEMICAL RESEARCH, INC AT 105 PARK AVE. SEAFORD, DE COPIES THEREOF WERE ACCEPTED BY TINA DENNIS

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/3/06
           Date

Signature of Server
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.