IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTES EXPRESS LINES | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-131 GMS |
| | ) | |
| HARVARD CHEMICAL RESEARCH INC. | ) | |
| | ) | |
| Defendant | ) | |

**<u>ORDER</u>**

WHEREAS, on February 28, 2006, the plaintiff filed a Complaint against the above-captioned defendant (D.I. 1);

WHEREAS, on March 3, 2006, a return of service executed as to the defendant was filed with the court (D.I. 4);

WHEREAS, the defendant's answer to the Complaint was due on March 23, 2006, and

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the defendant;

IT IS HEREBY ORDERED that:

1. The defendant will answer or otherwise respond to the Complaint within five (5) days of the date of this Order.

Dated: August 28, 2006                    /s/ Gregory M. Sleet
                                          UNITED STATES DISTRICT JUDGE