IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
OCT 26 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTES EXPRESS LINES | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-131 GMS |
| | ) | |
| HARVARD CHEMICAL RESEARCH INC. | ) | |
| | ) | |
| Defendant | ) | |

**ORDER**

WHEREAS, on February 28, 2006, the plaintiff filed a Complaint against the above-captioned defendant (D.I. 1);

WHEREAS, on March 3, 2006, a return of service executed as to the defendant was filed with the court (D.I. 4);

WHEREAS, the defendant's answer to the Complaint was due on March 23, 2006;

WHEREAS, on August 28, 2006, the court entered an Order directing the defendant to answer or otherwise respond to the Complaint within five (5) days of the date of this Order (D. I. 7); and

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the defendant;

IT IS HEREBY ORDERED that:

1. The Clerk of Court shall enter a default in appearance pursuant to Federal Rule of Civil Procedure 55(a) against the defendant Harvard Chemical Research, Inc.

_____
UNITED STATES DISTRICT JUDGE

October __26__, 2006