IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTES EXPRESS LINES | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No.  06-131 GMS |
| | ) | |
| HARVARD CHEMICAL RESEARCH INC. | ) | |
| | ) | |
| Defendant | ) | |

## ENTRY OF DEFAULT

It appearing from the file in this office that a return of service was filed showing service on the defendant Harvard Chemical Research, Inc. on March 3, 2006, and that said defendant has failed to file a pleading or otherwise defend, default is entered pursuant to Federal Rule of Civil Procedure 55(a).

PETER T. DALLEO, Clerk of Court

Dated: October 26, 2006

*Marie McDavid* (signature)

By: Marie McDavid, Deputy Clerk

FILED
OCT 2 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE