IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTES EXPRESS LINES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-131 GMS |
| | ) | |
| HARVARD CHEMICAL RESEARCH | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

WHEREAS, on February 28, 2006, the plaintiff filed a Complaint against the above-captioned defendant (D.I. 1);

WHEREAS, on March 3, 2006, a summons was returned executed as to Harvard Chemical Research and an Answer was due on March 23, 2006 (D.I. 4);

WHEREAS, on August 23, 2006, a Motion for Clerk's Office Entry of Default was filed by the plaintiff (D.I. 6);

WHEREAS, on August 28, 2006, an Order to Answer was issued by the court (D.I. 7);

WHEREAS, on October 26, 2006, the Clerk entered default against the defendant (D.I. 9);

WHEREAS, to date, the court's docket reflects no further contact with the court by the parties;

IT IS HEREBY ORDERED that:

1. The plaintiff is directed to SHOW GOOD CAUSE, in writing, within thirty (30) days from the date of this Order, as to why the above-captioned case should not be dismissed for failure to prosecute.

2.  If the plaintiff fails to show cause, in writing, within thirty (30) days, this case will be

dismissed without prejudice, and without further notice, pursuant to District of Delaware Local Rule

41.1.


March _____14_____, 2007

UNITED STATES DISTRICT JUDGE

FILED

MAR 1 4 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE